AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Caleb BARILLARO<br><br>Defendant(s) | Case No. 2:24-mj-134 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 11, 2024** in the county of **Ross** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 846 | Conspiracy to possess with intent to distribute a detectable amount of fentanyl |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_Maggie Reagan_
Complainant's signature

SA Maggie Reagan
Printed name and title

NMK Attested & Sworn
~~Sworn~~ to before me ~~and signed in my presence~~.

Date: 03/11/2024

City and state: Columbus, Ohio

_[signature]_
Judge's signature

Norah M. King, U.S. Magistrate Judge
Printed name and title